# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| DONALD FLANAGAN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.: CV204-141 |
| DR. LUIS BURGOS and TOM ELLIS, | : | |
| Defendants. | : | |

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Plaintiff filed Objections. In his Objections, Plaintiff re-asserts the allegations stated in his Complaint. Plaintiff asserts that Defendants Burgos and Ellis ("Defendants") were deliberately indifferent to his serious medical needs. Plaintiff contends that the Magistrate Judge made inaccurate factual and legal conclusions throughout his Report and Recommendation. However, despite Plaintiff's references to previously submitted documentation, he fails to provide the Court with evidence that refutes the Magistrate Judge's determinations. The Magistrate Judge appropriately assessed the evidence before him and accurately concluded that no genuine issue of material fact existed regarding Defendants' alleged deliberate indifference to Plaintiff's serious medical needs.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation dated October 6, 2005 is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment is **GRANTED**. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9th day of December, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA